(97 South. 924)

Jack NEWMAN v. CITY OF BIRMINGHAM. (6 Div. 214.) (Court of Appeals of Alabama. Oct. 16, 1923.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. F. D. McArthur, of Birmingham, for appellant. W. J. Wynn and R. J. Wheeler, both of Birmingham, for appellee.

BRICKEN, P. J. The conclusion reached by the court below was plainly and palpably

contrary to the weight of the evidence. The judgment is reversed, and one is here rendered, discharging the defendant from custody. Reversed and rendered.